

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-18-00136-CV

**In the Interest of R.L.M.,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02182
Honorable Richard Garcia, Judge Presiding

## O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file appellant's brief. The motion is GRANTED. Appellant's brief is due April 25, 2018. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Karen Angelini_
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court